COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT DEPARTMENT
IN DISTRICT COURT
CIVIL ACTION #

WORCESTER,SS

CHRISTOPHER CHIRAS
   Pro Se' Plaintiff

COMPLAINT

V.

STAN KADELSKI,

TD BANK
DEFENDANT

1. Christopher Chiras lives at 61 Sandra Dr. Worcester,MA 01604.He is a customer of TD Bank.
2. Td Bank is a bank located at 200 Boston turnpike Shrewsbury,MA 01545.

COUNT ONE NEGLIENCE:
1. Defendant negligently failed to follow the Unlawful Internet Gambling Enforcement Act 0f 2006 by processing multiple gambling transactions on the Plaintiffs account for a total of $15,059.00 clearly violating this federal law.The law states that it does not make a difference if the Plaintiff knowingly participated in these transactions or not.
2. The Defendant also violated Chapter 93a of the consumers protection act by their actions.

COUNT TWO:FRAUD
1. Defendant committed fraud by intentionally not refunding these transactions,therefore defrauding the plaintiff out of these funds,which also violates Chapter 93a of the consumer protection act of Massachusetts law.

COUNT THREE:EMOTIONAL DISTRESS
1. Defendant has inflicted emotional distress on the Plaintiff by intentionally not following the Unlawful Gambling Enforcement Act of 2006.
2. Plaintiff has been seeing a psychiatrist since this incident due to financial stress brought upon him by not having the $15,059.00 to pay his bills and the Plaintiff has medical bills to prove it and has been hospitalized at the er due to this stress many times.

Cases Cited:Christopher Chiras v.Digiatal Federal Credit Union,Christopher Chiras v.Citizens Bank,Christopher Chiras also filed and received refunds on gambling transactions from Washington Mutual credit card company.

Wherefore the Plaintiff seeks damages totaling $80,000.

Plaintiff seeks a trial by jury.

Respectfully Submitted,

Pro Se' Plaintiff
Christopher Chiras
61 Sandra Dr.
Worcester, Ma
01604

*[signature]*
7/26/10